# United States District Court
# Eastern District of Michigan

Kathy Kane Lochman,

Plaintiff

vs.

TRW, Inc., and Ronald A. Muckley,

Defendant.

Case No. 01-60131
Judge Marianne Battani

FILED 2002 OCT -4 P 4:30 U.S. DISTRICT COURT ANN ARBOR

## ORDER TO STRIKE DOCUMENTS

Upon review, the Court has determined that the document(s) described on the reverse of this Order do not conform with Local and/or Federal Rules.

Therefore, this order shall be put on the docket, and the docket edited to show that the document has been stricken. The document in the court file shall be stamped "STRICKEN" on the front page and deemed not a part of the record in this case.

Dated: 10-4-02

United States District Judge

## CERTIFICATE OF SERVICE

I certify that a photocopy of this order was served upon all parties on this date by ordinary mail.

Dated: 10/4/02

Deputy Clerk

76