# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHY KANE LOCHMANN,

    Plaintiff,

-v-

    Civil No. 01-60131
    Hon. Marianne O. Battani
    Magistrate Judge Steven D. Pepe

TRW INC. and Ohio Corporation, and
RONALD A. MUCKLEY,

    Defendants.
_____/

## ORDER DISMISSING MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE AND ALLOWING PLAINTIFF TO AMEND COMPLAINT TO ADD CLASS ACTION COUNT

Before the Court is Plaintiff's Motion for Class Certification (Doc. #39-1). For reasons more fully stated on the record at a hearing held on January 16, 2003, that Motion is hereby DISMISSED WITHOUT PREJUDICE. Furthermore, Plaintiff is allowed 10 days from the date of this order to amend her complaint to add a class action count.

IT IS SO ORDERED.

                                    Hon. Marianne O. Battani

Dated: 1/23/03

### CERTIFICATE OF SERVICE

Copies of this Order were mailed to Susan Hiser and Paul P. Asker on this date by ordinary mail.

                                    Mary O. Peters
                                    Deputy Clerk