UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORIGINAL

KATHY KANE LOCHMANN,

    Plaintiff,

-v-

Civil No. 01-60131
Hon. Marianne O. Battani
Magistrate Judge Steven D. Pepe

TRW INC. and Ohio Corporation, and
RONALD A. MUCKLEY,

    Defendants.
_____/

### ORDER DENYING MOTION FOR CLASS CERTIFICATION

Before the Court is Plaintiff's Motion for Class Certification (Substantive) (Doc. #106-1). For reasons more fully stated on the record at a hearing held on May 20, 2003, that Motion is hereby DENIED.

IT IS SO ORDERED.

_____
Hon. Marianne O. Battani

Dated: 5/22/03

CERTIFICATE OF SERVICE

Copies of this Order were mailed to Susan Hiser and Paul P. Asker on this date by ordinary mail.

_____
Mary Peters
Deputy Clerk